IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. _____

| | |
|---|---|
| VADIM LINNANKIVI, individually,<br><br>            Plaintiff,<br><br>v.<br><br>MEADOWBROOK CGC, LLC, COVENANT PROPERTY SERVICES CORPORATION, CEDAR GROVE CAPITAL PARTNERS, LLC, CEDAR GROVE CAPITAL, LLC, AARON GORIN, and STEVE LEVITZ,<br><br>            Defendants. | **NOTICE OF REMOVAL** |

   **NOW COME** the Defendants Aaron Gorin and Steve Levitz (hereinafter collectively "Removing Defendants"), by and through their undersigned attorneys of record and pursuant to the provisions of 28 U.S.C. §§ 1332 and 1446, and hereby provide their Notice of Removal to this Court from the General Court of Justice, Superior Court of Mecklenburg County, North Carolina based on diversity of citizenship and amount in controversy. In support of such removal, Removing Defendants respectfully state the following:

   1.  On July 18, 2022, the plaintiff commenced a proceeding against Defendants by filing of a Civil Summons and Complaint, styled *Vadim Linnankivi v. Meadowbrook CGC, LLC, Covenant Property Services Corporation, Cedar Grove Capital Partners, LLC, Cedar Grove Capital, LLC, Aaron Gorin, and Steve Levitz*, Case No. 22 CVS 11522, which proceeding is currently pending. A copy of the documents served on Removing Defendants are attached hereto as Exhibit 1.

   2.  Removing Defendants were served with a copy of the complaint setting forth the plaintiff's claims upon which this action is based when they were served by an acceptance of service on September 26, 2022.

3. This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes. Removing Defendants have not filed any pleadings or papers in this action in State Court and the time during which Removing Defendants are required by state law or rules of court to answer or to plead to the plaintiff's complaint has not expired. No other process, pleading or order has been served on Removing Defendants.

4. This civil action arises out of claims by the plaintiff for negligence and piercing the corporate veil. The complaint seeks compensatory damages, interest, and costs.

5. This action is removable because there is diversity of citizenship and the requisite amount in controversy as required by 28 U.S.C. §1332.

6. Plaintiff is a resident and citizen of Leon County, Florida.

7. Meadowbrook CGC, LLC ("Meadowbrook") is a foreign limited liability company organized under the laws of the State of Delaware. Meadowbrook's members are Steven Levitz and Aaron Gorin. Mr. Levitz and Mr. Gorin are residents and citizens of New York.

8. Covenant Property Services Corporation ("Covenant") is a corporation incorporated under the laws of the State of New York and has its principal place of business in Woodmere, New York.

9. Cedar Grove Capital Partners, LLC ("CGCP") is a foreign limited liability company organized under the laws of the State of Delaware. CGCP's members are Steven Levitz and Aaron Gorin. Mr. Levitz and Mr. Gorin are residents and citizens of New York.

10. Cedar Grove Capital, LLC ("CGC") is a foreign limited liability company organized under the laws of the State of Delaware. CGC's members are Steven Levitz and Aaron Gorin. Mr. Levitz and Mr. Gorin are residents and citizens of New York.

66061462.v1

11. Aaron Gorin is a resident and citizen of New York.

12. Steven Levitz is a resident and citizen of New York.

13. Accordingly, complete diversity exists between these parties in this case.

14. The United States District Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332, because there is a diversity of citizenship among the necessary and properly named parties and, upon information and belief, the amount in controversy particularly considering the nature of Plaintiff's alleged injuries, exclusive of interest and costs, exceeds $75,000.00. This action is therefore removable to this Court pursuant to 28 U.S.C. §1441(b).

15. This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b) and Rule 81 of the Federal Rules of Civil Procedure because it is filed within thirty (30) days after service on Removing Defendants, of a copy of the initial pleading setting forth the claim for relief upon which this action or proceeding is based. Pursuant to 28 U.S.C. § 1446(b)(2)(A), counsel for Removing Defendants contacted counsel for all defendants, who consented to the removal of this action to this federal court.

16. The following Defendants that have received the summons and complaint have consented to this action's removal. This list identifies the person from whom consent was obtained:

| Meadowbrook CGC, LLC | Diane K. Pappayliou<br>NC State Bar No. 50921<br>Butler Snow, LLP<br>6752 Rock Spring Road, Suite 310<br>Wilmington, NC 28405<br>PH: (910) 550-1320<br>Diane.Pappayliou@butlersnow.com |
|---|---|
| Covenant Property Services Corporation | Diane K. Pappayliou<br>NC State Bar No. 50921 |

|  | Butler Snow, LLP<br>6752 Rock Spring Road, Suite 310<br>Wilmington, NC 28405<br>PH: (910) 550-1320<br>Diane.Pappayliou@butlersnow.com |
|---|---|
| Cedar Grove Capital, LLC | Diane K. Pappayliou<br>NC State Bar No. 50921<br>Butler Snow, LLP<br>6752 Rock Spring Road, Suite 310<br>Wilmington, NC 28405<br>PH: (910) 550-1320<br>Diane.Pappayliou@butlersnow.com |
| Cedar Grove Capital Partners, LLC | Richard L. Metcalf<br>N.C. State Bar No. 47947<br>Metcalf Law Firm, PLLC<br>110 John Wesley Way (27401)<br>P.O. Box 4491<br>Greensboro, North Carolina 27404<br>(336) 355-8814<br>rmetcalf@metcalflawfirmpllc.com |

17. By filing this Notice of Removal, Removing Defendants do not waive any of their objections to personal jurisdiction, service, or other affirmative defenses.

18. Pursuant to 28 U.S.C. §1446(d), Removing Defendants will file a Notice of Filing this Notice of Removal, with a copy of this Notice of Removal, with the State Court and thereby will notify the Clerk of the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina of the removal.

19. A copy of the Notice of Filing of Notice of Removal to be filed in the General Court of Justice, Superior Court Division, is attached hereto as Exhibit 2. Removing Defendants have served a copy of the Notice of Removal on the plaintiff in accordance with 28 U.S.C. §1446(d).

WHEREFORE, this action is hereby removed to this Court from the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina.

This the 26th day of October, 2022.

/s/ SHELLEY COLEMAN
NC State Bar No. 22783
DIANE K. PAPPAYLIOU
NC State Bar No. 50921
BUTLER SNOW, LLP
6752 Rock Spring Road, Suite 310
Wilmington, NC 28405
PH:     (910) 550-1320
Email:  Shelley.Coleman@butlersnow.com
Diane.Pappayliou@butlersnow.com
*Attorneys for Defendants Meadowbrook CGC, LLC, Covenant Property Services Corporation, Cedar Grove Capital, LLC, Aaron Gorin, and Steve Levitz*

Richard L. Metcalf
N.C. State Bar No. 47947
Metcalf Law Firm, PLLC
110 John Wesley Way (27401)
P.O. Box 4491
Greensboro, North Carolina 27404
(336) 355-8814
rmetcalf@metcalflawfirmpllc.com
*Attorneys for Defendants Cedar Grove Capital Partners, LLC, Aaron Gorin, and Steve Levitz*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

>Dexter G. Benoit
>dexter@benoitlawfirm.com
>Mary F. Parker
>mary@benoitlawfirm.com
>Benoit Law Firm, PLLC
>1514 S. Church Street, Suite 106
>Charlotte, NC 28203
>*Counsel for Plaintiff*
>
>Richard L. Metcalf
>rmetcalf@metcalflawfirmpllc.com
>Metcalf Law Firm, PLLC
>110 John Wesley Way (27401)
>P.O. Box 4491
>Greensboro, North Carolina 27404
>*Counsel for Defendants Cedar Grove Capital Partners, LLC, Aaron Gorin, and Steve Levitz*

Respectfully submitted,

>/s/ SHELLEY W. COLEMAN
>**NC State Bar No. 22783**
>**DIANE K. PAPPAYLIOU**
>**NC State Bar No. 50921**
>**BUTLER SNOW, LLP**
>**6752 Rock Spring Road, Suite 310**
>**Wilmington, NC 28405**
>**PH:** (910) 550-1320
>**Email:** Shelley.Coleman@butlersnow.com
>Diane.Pappayliou@butlersnow.com
>*Attorneys for Defendants Meadowbrook CGC, LLC, Covenant Property Services Corporation, Cedar Grove Capital, LLC, Aaron Gorin, and Steve Levitz*