IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3-22-cv-00586-FDW-DSC

| | |
|---|---|
| VADIM LINNANKIVI, Individually<br><br>Plaintiff,<br><br>vs.<br><br>MEADOWBROOK CGC LLC, COVENANT PROPERTY SERVICES CORPORATION and CEDAR GROVE CAPITAL LLC<br><br>Defendants. | **CONSENT ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Amended Motion for Consent Protective Order" (document #16) filed on March 8, 2023. Having carefully considered the Motion and the record, the Court will grant the Motion.

**IT IS THEREFORE ORDERED** that the parties' "Amended Motion for Consent Protective Order" (document #16) is **GRANTED.**

**SO ORDERED**.

Signed: March 8, 2023

David S. Cayer
United States Magistrate Judge