# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Vadim Linnankivi, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00586-FDW-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Meadowbrook CGC, LLC et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 17, 2023 Order.

October 17, 2023

Katherine Hord Simon, Clerk
United States District Court